HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
AARON PATRICK DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:06-cr-00145 AWI-BAM |
| *Plaintiff,* | ORDER REQUEST TO CONTINUE SENTENCING; |
| vs. | |
| AARON PATRICK DANIELS, | DATE:   February 29, 2016 |
| | TIME:    10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel, MARK MCKEON, Assistant United States Attorney, counsel for plaintiff, and VICTOR M. CHAVEZ, Assistant Federal Defender, counsel for defendant, AARON PATRICK DANIELS, that the sentencing hearing currently set for February 22, 2016, may be continued to February 29, 2016.

This stipulation is sought because defense counsel is unavailable on February 22, 2016.

//
//
//
//
//
//

|   |                              |                                                                                 |
|---|------------------------------|---------------------------------------------------------------------------------|

BENJAMIN B. WAGNER
United States Attorney

Dated: February 17, 2016

/s/ *Mark McKeon*
MARK MCKEON
Assistant United States Attorneys
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 17, 2016

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
AARON PATRICK DANIELS

**ORDER**

IT IS SO ORDERED.

Dated:   February 17, 2016

_____
SENIOR DISTRICT JUDGE